PEOPLE V BASSETT, No. 150773; Court of Appeals No. 315568. Leave to appeal denied at 498 Mich 871.

PEOPLE V BELL, No. 150779; Court of Appeals No. 322600. Leave to appeal denied at 498 Mich 871.

PEOPLE V ROGER ROBERTS, No. 150782; Court of Appeals No. 322732. Leave to appeal denied at 498 Mich 883.

*In re* ATTORNEY FEES OF UJLAKY, No. 150888; Court of Appeals No. 316809. Leave to appeal denied at 498 Mich 890.

PEOPLE V MELL, No. 150892; Court of Appeals No. 316808. Leave to appeal denied at 498 Mich 872.

CAMERON V HURON CLINTON METROPOLITAN AUTHORITY, No. 151114; Court of Appeals No. 318887. Leave to appeal denied at 498 Mich 872.

PEDERSEN V HURON CLINTON METROPOLITAN AUTHORITY, No. 151116; Court of Appeals No. 317898. Leave to appeal denied at 498 Mich 872.

EASLEY V INGHAM CIRCUIT JUDGE, No. 151120; Court of Appeals No. 323759. Leave to appeal denied at 498 Mich 872.

FILAS V CULPERT, No. 151198; Court of Appeals No. 317972. Leave to appeal denied at 498 Mich 872.

FILAS V CULPERT, No. 151463; Court of Appeals No. 317972. Leave to appeal denied at 498 Mich 874.

NOONAN V LANSING ORTHOPEDIC, PC, No. 151232; Court of Appeals No. 316731. Leave to appeal denied at 498 Mich 873.

WELLS FARGO BANK, NA V ISHO, No. 151482; Court of Appeals No. 324498. Leave to appeal denied at 498 Mich 885.

PEOPLE V BROYLES, No. 151556; Court of Appeals No. 326205. Summary disposition at 498 Mich 927.

PEOPLE V EDWARDS, No. 151785; Court of Appeals No. 318000. Leave to appeal denied at 498 Mich 896.

*Leave to Appeal Granted February 3, 2016:*

FRANK V LINKNER, No. 151888; Court of Appeals No. 318751. The parties shall include among the issues to be briefed: (1) whether MCL 450.4515(1)(e) constitutes a statute of repose, a statute of limitations, or both; and (2) when the plaintiffs' cause of action accrued.

*Orders Granting Oral Argument in Cases Pending on Application for Leave to Appeal Entered February 3, 2016:*

MICHIGAN ASSOCIATION OF GOVERNMENTAL EMPLOYEES V STATE OF MICHIGAN, No. 147511; Court of Appeals No. 304920. By order of January 29, 2014,